1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  HUNG NGOUN,                          1:04-cv-06223-AWI-DLB-P

12              Plaintiff,         **ORDER ADOPTING FINDINGS AND**
                                   **RECOMMENDATION** (Doc. 11)
13  vs.
                                   **ORDER DISMISSING CERTAIN**
14  M. CLARK, et al.,              **CLAIMS**

15              Defendants.
                                  /
16

17       Plaintiff, Hung Ngoun ("plaintiff"), a state prisoner

18  proceeding pro se, has filed this civil rights action seeking

19  relief under 42 U.S.C. § 1983.  The matter was referred to a

20  United States Magistrate Judge pursuant to 28 U.S.C.

21  § 636(b)(1)(B) and Local Rule 72-302.

22       On April 5, 2005, the Magistrate Judge filed Findings and

23  Recommendation herein which were served on plaintiff and which

24  contained notice to plaintiff that any objections to the Findings

25  and Recommendation were to be filed within thirty (30) days.  To

26  date, plaintiff has not filed objections to the Magistrate

27  Judge's Findings and Recommendation.

28  //

1

1       In accordance with the provisions of 28 U.S.C.

2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3 <u>de novo</u> review of this case.  Having carefully reviewed the

4 entire file, the Court finds the Findings and Recommendation to

5 be supported by the record and by proper analysis.

6       Accordingly, IT IS HEREBY ORDERED that:

7       1.   The Findings and Recommendation, filed April 5, 2005,

8 are ADOPTED IN FULL;

9       2.   This action proceed only against defendants Clark,

10 McCain, and Rainey on plaintiff's Eighth Amendment claims; and,

11       3.   Plaintiff's claims against the remaining defendants are

12 DISMISSED for failure to state any claims upon which relief may

13 be granted.

14 IT IS SO ORDERED.

15 **Dated:   June 15, 2005**               **/s/ Anthony W. Ishii**
0m8i78                   UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28